**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western ___ District of ___ Texas
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   PLF Shoreview LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number** (EIN)

   87 – 3657602

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 9050 N. Capital of Texas Hwy. | |
   | Number      Street | Number      Street |
   | Bldg. 3 Suite 320 | |
   | | P.O. Box |
   | Austin            TX      78759 | |
   | City            State    ZIP Code | City            State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Travis County | 1161 3rd Avenue East |
   | County | Number      Street |
   | | |
   | | Bradenton          FL      34208 |
   | | City            State    ZIP Code |

5. **Debtor's website** (URL)

Debtor  **PLF Shoreview LLC** _____
          Name

Case number *(if known)*_____

| | |
|---|---|
| **6.  Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

          District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor      PLF Shoreview LLC
            _____     Case number (if known)_____
            Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor  Shoreview Holdings LLC, PLF Shoreview LLC, MDW Shoreview LLC, Shoreview Apartments, PFI Shoreview Mezz LIC, MDW Shoreview Mezz LLC  Relationship _____<br><br>District  Western District of Texas _____  When  04/24/2025<br>                                                                              MM / DD / YYYY<br><br>Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in this district?** | Check all that apply:<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br><br>**Where is the property?**_____<br>                                                  Number        Street<br>                                                  _____<br>                                                  _____<br>                                                  City                                      State ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes. Insurance agency _____<br><br>           Contact name       _____<br><br>           Phone                   _____ |

---

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br><br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | |
|---|---|
| **14. Estimated number of creditors** | ☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☒ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |

Debtor  PLF Shoreview LLC
_____    Case number (if known)_____
        Name

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/24/2025
              MM  / DD  / YYYY

✗ _____     Monte Lee-Wen
Signature of authorized representative of debtor     Printed name

Title   Manager_____

**18. Signature of attorney**

✗  /s/ Stephen J. Humeniuk_____     Date    04/24/2025
Signature of attorney for debtor                        MM    / DD / YYYY

Stephen J. Humeniuk_____
Printed name
Troutman Pepper Locke LLP
Firm name
600 Congress Ave., Suite 2200
Number     Street
Austin                              TX        78701
City                                State     ZIP Code

(512) 305-4700                      stephen.humeniuk@troutman.com
Contact phone                       Email address

Bar No. 24087770                    Texas
Bar number                          State

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE RESPECTIVE GOVERNING BODIES**
**OF THE UNDERSIGNED ENTITIES**

**April 23, 2025**

Effective as of the date written above, the undersigned, being all of the members and managers (each a "Governing Body" and collectively, the "Governing Bodies") of each of the limited liability companies identified on **Attachment 1** hereto (each a "Company" and collectively, the "Companies") hereby take the following actions and adopt the following resolutions by unanimous written consent without the necessity of a formal meeting, pursuant to each Company's bylaws, limited liability company agreement, or other governing documentation (the "Organizational Documents") as applicable, and the laws of the State of Delaware:

**WHEREAS**, the Governing Bodies have considered presentations by the management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to the Companies and the effect of the foregoing on the Companies' business; and

**WHEREAS**, the Governing Bodies have consulted with the management and the legal advisors of the Companies and have fully considered each of the strategic alternatives available to the Companies.

**NOW, THEREFORE, BE IT,**

**Chapter 11 Filing**

**RESOLVED,** that in the judgment of the Governing Bodies, it is desirable and in the best interests of the Companies, their creditors and other parties in interest, that the Companies shall be, and hereby are, authorized to file or cause to be filed voluntary petitions for relief (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"); and it is further

**RESOLVED,** that Monte K. Lee-Wen, in his capacity as manager of the Companies, or such other person as the Governing Bodies shall authorize (each an "Authorized Officer" and together the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Companies all petitions, schedules, lists and other motions, papers, or documents, to verify any of the foregoing, and, in consultation with the members and Independent Manager as provided for in the Organizational Documents, is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Companies, to take and perform any and all further acts and deeds that the Authorized Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' business and any action as may be required from time to time to manage the Chapter 11 Cases; and it is further

**RESOLVED**, that in connection with the commencement of the Cases, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Companies, to negotiate, execute and deliver a cash collateral agreement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements, and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, including with respect to adequate assurance obligations, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Companies and any affiliates; and it is further

**Retention of Professionals**

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized and directed to continue to employ and seek to engage in the Chapter 11 Cases the law firm of Troutman Pepper Locke LLP ("Troutman Pepper Locke") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations, including filing any pleadings; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay and arrange for appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Troutman Pepper Locke; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code and seek authority for such engagements before the Bankruptcy Court; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, authorized to refinance the Companies' debts, or sell or otherwise enter into a strategic transaction with respect to substantially all of the Companies' assets (the "Proposed Transaction"), including seeking approval of bidding procedures, identifying a "stalking horse" bidder, if appropriate, and entering into transaction documents to consummate such Proposed Transaction; and in connection with any Proposed Transaction, the Company has previously installed and hereby ratifies Monte K. Lee-Wen with the authority to execute and consummate the agreements necessary to effectuate the contemplated Proposed Transaction; and it is further

**RESOLVED,** that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Companies' Chapter 11 Cases, with a view to the successful prosecution of the case; and it is further

**General**

**RESOLVED,** that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Companies with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the respective Governing Bodies of the Companies; and it is further

**RESOLVED,** that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of the Companies, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

This Consent may be executed in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Consent.

[*Signature Pages Follow Below*]

3

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW HOLIDNG LLC**

Shoreview Apartments LLC, as sole member of Shoreview Holding LLC
Monte K. Lee-Wen, as manager of Shoreview Apartments LLC

C. Anthony Shippam, as sole independent manager of Shoreview Holding LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW HOLIDNG LLC**

_____
Shoreview Apartments LLC, as sole member of Shoreview Holding LLC
Monte K. Lee-Wen, as manager of Shoreview Apartments LLC

_____
C. Anthony Shippam, as sole independent manager of Shoreview Holding LLC

4

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW LLC**

PLF Shoreview Mezz LLC, as sole member of PLF Shoreview LLC
Monte K. Lee-Wen, as manager of PLF Shoreview Mezz LLC

C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW LLC**

_____
PLF Shoreview Mezz LLC, as sole member of PLF Shoreview LLC
Monte K. Lee-Wen, as manager of PLF Shoreview Mezz LLC

_____
C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW LLC**

_____

MDW Shoreview Mezz LLC, as sole member of MDW Shoreview LLC
Monte K. Lee-Wen, as manager of MDW Shoreview Mezz LLC


_____

C. Anthony Shippam, as sole independent manager of MDW Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW LLC**

MDW Shoreview Mezz LLC, as sole member of MDW Shoreview LLC
Monte K. Lee-Wen, as manager of MDW Shoreview Mezz LLC

C. Anthony Shippam, as sole Independent manager of MDW Shoreview LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW APARTMENTS LLC**

1161 Shoreview LLC, as sole member of Shoreview Apartments LLC
Monte K. Lee-Wen, as manager of 1161 Shoreview LLC

Monte K. Lee-Wen, as non-member manager of Shoreview Apartments LLC

C. Anthony Shippam, as sole independent manager of Shoreview Apartments LLC

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**SHOREVIEW APARTMENTS LLC**

_____
1161 Shoreview LLC, as sole member of
Shoreview Apartments LLC
Monte K. Lee-Wen, as manager of 1161
Shoreview LLC

_____
Monte K. Lee-Wen, as non-member manager
of Shoreview Apartments LLC

_____
C. Anthony Shippam, as sole independent
manager of Shoreview Apartments LLC

7

IN WITNESS WHEREOF, this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

PLF SHOREVIEW MEZZ LLC

Monte K. Lee-Wen, as non-member manager of PLF Shoreview Mezz LLC

C. Anthony Shippam, as sole independent manager of PLF Shoreview LLC

Paul Feikema, as member of PLF Shoreview
Mezz LLC Monte K. Lee-Wen, as authorized representative

Lauren Feikema, as member of PLF Shoreview Mezz LLC
Monte K. Lee-Wen, as authorized representative

8

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**PLF SHOREVIEW MEZZ LLC**

_____
Monte K. Lee-Wen, as non-member manager
of PLF Shoreview Mezz LLC

_____
C. Anthony Shippam, as sole independent
manager of PLF Shoreview LLC

_____
Paul Feikema, as member of PLF Shoreview
Mezz LLC

_____
Lauren Feikema, as member of PLF
Shoreview Mezz LLC

8

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

**MDW SHOREVIEW MEZZ LLC**

_____

Monte K. Lee-Wen, as non-member manager of MDW Shoreview Mezz LLC

_____

C. Anthony Shippam, as sole independent manager of MDW Shoreview LLC

_____

Meisha Wilson, as member of MDW Shoreview Mezz LLC

Monte K. Lee-Wen, as authorized representative

**IN WITNESS WHEREOF,** this Consent shall be executed as of the date and year first written above and shall be deemed an original constituting the entirety of the instrument.

MDW SHOREVIEW MEZZ LLC

_____
Monte K. Lee-Wen, as non-member manager of MDW Shoreview Mezz LLC

_____
C. Anthony Shippam, as sole independent manager of MDW Shoreview LLC

_____
Meisha Wilson, as member of MDW Shoreview Mezz LLC

## ATTACHMENT 1

As used in this unanimous written consent, the word "Companies" is defined to include each of the following (with each of them being a "Company"):

Shoreview Holding LLC

PLF Shoreview LLC

MDW Shoreview LLC

Shoreview Apartments LLC

PLF Shoreview Mezz LLC

MDW Shoreview Mezz LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLF Shoreview, LLC | Case No. 25-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

Debtor PLF Shoreview, LLC (the "Debtor") hereby states as follows:

Debtor is a Delaware limited liability company that is wholly owned by PLF Shoreview

Mezz, LLC, which is a wholly owned by individual investors. No publicly held corporation owns

10% or more of Debtor's membership interests.

**Fill in this information to identify the case:**

Debtor name _____ PLF Shoreview LLC _____

United States Bankruptcy Court for the: _____Western_____ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally Waste Services 2509 S. Power Rd. Ste 101 Gilbert, AZ 85296 | (877) 689-2559 | Trade debt | | | | 10,320.33 |
| 2 | Casoro Group Highway 320 Austin, TX 78759 | | Trade debt | | | | 6,860.01 |
| 3 | Chadwell Supply, Inc. 5115 Joanne Kearny Blvd Tampa, FL 33619 | (888) 341-2423 | Trade debt | | | | 2,523.04 |
| 4 | Cintas Fire Protection PO Box 636525 Cincinnati, OH 45263-6525 | | Trade debt | | | | 10,616.78 |
| 5 | City of Bradenton Water and Sewer Department P.O. Box 1339 Bradenton, FL 34206-1339 | | Trade debt | | | | 12,001.70 |
| 6 | CoStar Realty Information, Inc 2563 Collection Center Dr. Chicago, IL 60693 | | Trade debt | | | | 8,076.00 |
| 7 | Crown Roofing LLC 240 Field End St Sarasota, FL 34240 | (855) 276-9655 | Trade debt | | | | 4,878.00 |
| 8 | Flanagan Bilton, LLC 1 N La Salle St, Ste 2100 Chicago, IL 60602 | | Trade debt | | | | 28,126.21 |

Debtor   PLF Shoreview LLC
_____   Case number *(if known)*_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Flooring - Sherwin Williams 101 W. Prospect Avenue Cleveland, OH 44115 | | Trade debt | | | | 4,641.87 |
| 10  FPL Energy Services PO Box 25426 Miami, FL 33102 | (877) 375-4674 | Trade debt | | | | 4,573.00 |
| 11  Group Fenix LLC 9024 Hogans Bend Tampa, FL 33647 | (786) 678-2044 | Trade debt | | | | 4,390.00 |
| 12  Investcor Capital, LLC 3001 RR 620 S, Suite #324 Austin, TX 78738 | | Trade debt | | | | 4,547.06 |
| 13  Matrix Turnkey Inc. PO Box 4124 Brandon, FL 33509 | (813) 478-3717 | Trade debt | | | | 5,248.00 |
| 14  Michael's Fence 2523 W Knollwood St Tampa, FL 33614-4373 | | Trade debt | | | | 6,550.00 |
| 15  Precision Gate & Security, Inc. 350 W Venice Ave. #153 Venice, FL 34285 | (813) 404-6278 | Trade debt | | | | 5,123.21 |
| 16  ResProp Management Company, LLC 1101 W. 34th St. #323 Austin, TX 78705 | | Trade debt | | | | 26,354.85 |
| 17  Right Way Elevator Maintenance 9790 16th Street North St. Petersburgh, FL 33716 | (727) 348-6966 | Trade debt | | | | 5,552.51 |
| 18  Sapphire Cleaning LLC 1014 24th St E Palmetto FL 34221-2733 | | Trade debt | | | | 9,440.00 |
| 19  Tower Compactor Rentals, LLC 6910 E. Chauncey Lane Suite 130 Phoenix, AZ 85054 | (602) 200-3426 | Trade debt | | | | 3,076.00 |
| 20  Valet Living, LLC Dept #9791 PO Box 850001 Orlando, FL 32885-9791 | (844) 422-4675 | Trade debt | | | | 11,572.56 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____PLF Shoreview LLC_____

United States Bankruptcy Court for the: _____Western_____ District of __Texas___
                                                                                        (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration_____Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/24/2025__        ✗ _____
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                      Monte Lee-Wen
                                                      Printed name

                                                      Manager
                                                      Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PLF SHOREVIEW LLC, et al.,[1] | ) | Case No. 25- |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## **VERIFICATION OF CREDITOR MATRIX**

The undersigned hereby verifies that the attached list of creditors is true and correct to the

best of his knowledge.

Dated: April 24, 2025

_____

Monte Lee-Wen, Manager
Signer/Title

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments, LLC (8428), PLF Shoreview Mezz, LLC (1270), and MDW Shoreview Mezz, LLC (3408). The notice address for the Debtors is 1570 Indian Creek R., Marion, IA 52302.

4 Walls, Inc.
P.O. Box 248
Narberth, PA 19072

Alert 360
2448 E 81st St #4200
Tulsa, OK 74137

Ally Waste Services
2509 S. Power Rd. Ste 101
Gilbert, AZ 85296

Apartment Guardian Inc.
34333 Champoux Ct
Temecula, CA 92592

Apartment List, Inc.
P.O. Box 737097
Dallas, TX 75373

Audio Video Partners LLC
6301 Porter Road Suite 8
Sarasota, FL 34240

Barfield McCain Ayoub P. A.
4460 Medical Center Way
West Palm Beach, FL 33407

Bay Area Apartment Association
P.O. Box 151958
Tampa, FL 33684

Camp Construction Services
15139 South Post Oak Road
Houston, TX 77053

Casoro Group
Highway 320
Austin, TX 78759

Century / AAA DBA:  AAA Supply
590 West 84 Street
Hialeah, FL 33014


Chadwell Supply, Inc - REHAB
P.O. Box 105172
Atlanta, GA 30348-5172

Chadwell Supply, Inc.
5115 Joanne Kearny Blvd
Tampa, FL 33619

Cintas Fire Protection
P.O. Box 636525
Cincinnati, OH 45263-6525

City of Bradenton
P.O. Box 1339
BRADENTON, FL 34206-1339

City of Bradenton
Water and Sewer Department
101 Old Main Street
Bradenton, FL 34205-7865

CommTow
4821 US Hwy 19
Palmetto, FL 34221

Community Controls
2480 South 3850 West Suite A
Salt Lake City, UT 84120

Conversion Logix LLC
17921 Bothell Everett Highway
Suite 105
Mill Creek, WA 98012

CoStar Realty Information, Inc
2563 Collection Center Dr.
Chicago, IL 60693

CredBuild
1101 W 34th St.
P.O. Box 301
Austin, TX 78705

Crown Roofing LLC
240 Field End St
Sarasota, FL 34240

Daniela Egbert
4204 Hearthstone Dr
Sarastoa, FL 34238

Drane & Freyer Limited
Attn: Timothy M. Enright
200 West Madison Street Suite 2800

Chicago, IL 60606

EPLUS Services LLC
30103 Skylark Drive
Wesley Chapel, FL 33545

Equity Yield Group
Attn: Ryan Webster
1570 Indian Creek Road
Marion, IA 52302

Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport News, VA 23602

Flanagan Bilton, LLC
1 N La Salle St, Ste 2100
Chicago, IL 60602

Flooring - Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

FPL Energy Services
P.O. Box 25426
Miami, FL 33102

FPL
General Mail Facility
Miami, FL 33188-0001

Gas South
P.O. Box 530552
Atlanta, FL 30353-0552

GDC Services
5775 Forester Lake Dr.
Sarasota, FL 34243
GE Appliances, a Haier Company
4000 Buechel Bank Road
Lousiville, KY 40225-0001

GE Appliances - Appliances
P.O. Box 640025
Pittsburgh, PA 15264-0025

Glass Doctor of Tampa Bay
P.O. Box 271429
Tampa, FL 33688

Gotcha Marketing, Inc.
14603 Beach Boulevard Ste 700
Jacksonville Beach, FL 32250

Granite Telecommunications, LLC
Client ID#311
P.O. Box 983119
Boston, MA 02298-3119

Group Fenix LLC
9024 Hogans Bend
Tampa, FL 33647

HD Supply Facilities Maintenance, LTD.
PO Box 509058
San Diego, CA 92150-9058

HH Staffing
2910 University Parkway
Sarasota, FL 34243

Horticultural Management Industries
P.O. Box 1374
Brandon, FL 33509

I4 Waste Valet & Recycling L.L.C.
7802 Kingspointe Pkwy. 209
Orlando, FL 32819

ICO Uniforms
1605 NW 159 Street
Miami Gardens, FL 33169

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 145595
MC 8420G
Cincinnati, OH 45250

InterSolutions, LLC
P.O. Box 780257
Philadelphia, PA 19178

Investcor Capital, LLC

3001 RR 620 S Suite #324
Austin, TX 78738

Jimaguas Landscaping and
Tree Service, LLC
P.O. Box 654554
Miami, FL 33265

JobCall, Inc.
1101 W 34th Street
P.O. Box 301
Austin, TX 78705

JUNK SHOT
4821 N. Clark Ave
Tampa, FL 33614

Kelley Clarke PLLC
603 East Broadway Street
Prosper, TX 75078

Kelley Clarke PC
Attn: Dugan Kelley
603 East Broadway Street
Prosper, Texas 75078

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

KeyTrak
200 Quality Cir.
College Station, TX 77845

Kings III Emergency Communications
751 Canyon Drive Suite 100
Coppell, TX 75019

Landlord Legal P.A.
927 Washington Street
Hollywood, FL 33019

Lauren Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Leaselock Insurance Services, Inc.
5050 Quorum Drive Suite 700
Dallas, TX 75254

Leaselock, INC.
5050 Quorum Drive Suite 700
Dallas, TX 75254

Lifestyle Flooring, Inc.
5723 Benjamin Center Dr
Tampa, FL 33634

LIVunLtd
former Heartline Fitness Systems
7520 Standish Pl. Suite 250
 Rockville, MD 20855

Lowe's
P.O. Box 301451
Dallas, TX 75303-1451

Margaret Leachman
United States Attorney's Office
903 San Jacinto Blvd. Suite 334
Austin, TX 78701

Matrix Turnkey Inc.
P.O. Box 4124
Brandon, FL 33509

McCarthy, Rose & Mills, LLP
3001 Dallas Pkwy Suite 750
Frisco, TX 75034

MeetElise
P.O. Box 8084
Carol Stream, IL 60197

Meisha Wilson
1813 Manatee Avenue West
Bradenton, FL 34205

Michael's Fence
2523 W Knollwood St
Tampa, FL 33614-4373

National Apartment Association
P.O. Box 716450
Philadelphia, PA 19171

National Exemption Service, LLC
604 Packard Court Suite A
Safety Harbor, FL 34695

Not1bug Pest Solutions
4880 Windsor Landing Unit 109
Fort Meyers, FL 33966

Office of General Counsel
Hipolito Garcia Federal Bldg Courthouse
615 E. Houston Street Room 347
San Antonio, TX 78205

Parcel Pending, Inc.
P.O. Box 123689
Dept 3689
Dallas, CA 75312

Paul Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Paula Ayonot
263 Bargeron Dr.
Augusta, GA 30909

Pearlmark
Attn: Mark Witt
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Douglas W. Lyons
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Loan Servicing
200 West Madison Street Suite 2800
Chicago, IL 60606

Pinewood Tree Service & Landscaping LLC
26273 Lancer Lane
Punta Gorda, FL 33983

Precision Gate & Security, Inc.
350 W Venice Ave. #153
Venice, FL 34285

Prime Finance Short Duration Holding Company VII, LLC
c/o Prime Finance Partners57

Attn: Steve Gerstung
155 N. Wacker Drive Suite 3600
Chicago, IL 60606

Prime Finance Short Duration Holding Company VII, LLC
c/o Arnold & Porter Kaye Scholer LLP
Atten: Aaron Lehrfield, Esq.
250 West 55th Street
New York, New York 10019

ProofUp
1101 W 34th St.
P.O. Box 301
Austin, TX 78705

R.W. Construction, Inc.
1570 Indian Creek Rd.
Marion, IA 52302

Radix Software, Inc.
P.O. Box 120517
Dallas, TX 75312-0517

Real Paint Pros, LLC
1105 25th Ave W
Palmetto, FL 34221

RealPage, Inc.
PO Box 11407
Dept. 5575
Birmingham, AL 35246-5575

Rent Group Inc.
950 East Paces Ferry Rd
Atlanta, GA 30326

Rentable
P.O. Box 7640
Madison, WI 53707

ResMan LLC
2035 Lakeside Centre Way Suite 250
Knoxville, TN 37922

ResProp Management Company, LLC
1101 W. 34th St. #323
Austin, TX 78705

Right Way Elevator Maintenance
9790 16th Street North St.

Petersburgh, FL 33716

Robles Pools Care LLC
5708 32nd St E
Ellenton, FL 34222

Ryan Webster
1570 Indian Creek Rd.
Marion, IA 52302

SafeRent Solutions, LLC
P.O. Box 736687
Dallas, TX 75373

Samc Services LLC
3614 W Flora St
Tampa, FL 33614

Same Day Plumbing &Air Professional Corp
4813 73rd St E
Plametto, FL 34221

Sanda Fleurival
5110 Cabo Ct
Bradenton, FL 34208

Sapphire Cleaning LLC
1014 24th St E
Palmetto, FL 34221-2733

Sarasota Digital Design Studio LLC
4110 Malden Drive
Sarasota, FL 34241

Spectrum
P.O. Box 7195
Pasadena, CA 91109-7195

Spectrum Business
4145 S. Falkenburg Rd
Riverview, FL 33578-8652

Sprinklermatic Fire Protection Systems, Inc.
4740 Davie Road
Davie, FL 33314

Sprinklermatic Florida LLC
4740 Davie Road

Davie, FL 33314

Staples Business Advantage
P.O. Box 660409
Dallas, TX 75266

Stephen Taglia and
Maxine Tagliaferro
8530 SW Evening Dream
Port St Lucie, FL 34987

Stern Risk Partners, LLC
P.O. Box 47934
Wichita, KS 67201-7934

Street Digital Media
1008 Burnside Ln NW
Atlanta, GA 30318

Superior Fire Alarm & Communications
6201 Johns Road Suite 9
Tampa, FL 33634

Superpool Services
P.O. Box 110393
Bradenton, FL 34211

Teco - Peoples Gas
P.O. Box 31318
Tampa, FL 33631-3318

Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Department of Revenue
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Workforce Commission
TWC Bldg – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

The Sherwin Williams Company
P.O. Box 277499
Atlanta, GA 30384

Tower Compactor Rentals, LLC
6910 E. Chauncey Lane Suite 130
Phoenix, AZ 85054

Travis County Attorney's Office
Attn: County Attorney
P.O. Box 1748
Austin, TX 78767

United States Trustee
903 San Jacinto Suite 230
Austin, TX 78701

Valet Living, LLC
Dept #9791
P.O. Box 850001
Orlando, FL 32885-9791

Vickery and Company
7911 Professional Place
Tampa, FL 33637

Virtual Business Ent DBA Stewart Management Co.
301 N. Market Street
Farmers Bank Building
Wilmington, DE 19801

WorkWise Compliance
P.O. Box 5750
Carol Stream, IL 60197-5750

Zillow, Inc.
P.O. Box 123267
Dept 3267
Dallas, TX 75312-3267

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. Department of Justice – All Divisions
U.S. Attorney, Civil Process Clerk
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216